U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED LAFAYETTE

OCT 25 2013

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### LAFAYETTE DIVISION

| | |
|---|---|
| SHANNON FERGUSON | CIVIL ACTION 13-965 |
| VERSUS | JUDGE HAIK |
| WARDEN ROBIN LANDRY | MAGISTRATE JUDGE HANNA |

## JUDGMENT

This matter was referred to United States Magistrate Judge Patrick Hanna for Report and Recommendation. After an independent review of the record, and considering the objections filed, it is hereby held that the Report and Recommendation of the Magistrate Judge is correct and the findings and conclusions therein are adopted by this Court as its own.

Accordingly, the *habeas corpus* petition is construed as a motion filed pursuant to 28 U.S.C. section 2241 and is, hereby, DISMISSED WITH PREJUDICE for failing to state a claim upon which relief may be granted.

THUS DONE and SIGNED on this the 23rd day of October, 2013.

_____
RICHARD T. HAIK, SR., DISTRICT JUDGE
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA